**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

TRUSTEES OF MICHIGAN REGIONAL COUNCIL OF CARPENTERS' EMPLOYEE BENEFITS FUND; TRUSTEES OF MICHIGAN REGIONAL COUNCIL OF CARPENTERS' ANNUITY FUND; TRUSTEES OF CARPENTERS' PENSION TRUST FUND - DETROIT AND VICINITY; AND TRUSTEES OF THE CARPENTERS' VACATION FUND - DETROIT AND VICINITY, THE MICHIGAN REGIONAL COUNCIL OF CARPENTERS, and THE UNITED BROTHERHOOD OF CARPENTERS AND JOINERS OF AMERICA, AFL-CIO,

       Plaintiffs,

vs.

Custom Poured Walls, Inc., a Michigan corporation,

       Defendant.
_____/

Case No. 06 -10668
HON. LAWRENCE P. ZATKOFF

**ORDER GRANTING PLAINTIFFS' EX-PARTE MOTION**
**FOR EXTENTION OF TIME FOR SERVICE AND**
**ALTERNATE SERVICE**

At a session of said Court held
in the City of Port Huron, Michigan
on:     June 20, 2006

PRESENT: Hon.  Lawrence P. Zatkoff
                         U.S. District Court Judge

This matter having come before the Court on Plaintiffs' Ex-Parte Motion for Extension of Time for Service and Alternate Service;

IT IS THEREFORE ORDERED that Plaintiffs' Ex-Parte Motion for Extension of Time for Service and Alternate Service of the summons and complaint is GRANTED and a copy of the order providing for said Extension of Time for Service and Alternate

Service and the summons and complaint and all subsequent pleadings as to Custom Poured Walls, Inc., may be served by certified mail and by tacking or firmly affixing to the door of: 300 W. Wardlow, Highland, Michigan 48387.

                                                                s/Lawrence P. Zatkoff

                                                                LAWRENCE P. ZATKOFF
                                                                UNITED STATES DISTRICT JUDGE

Dated: June 20, 2006

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of this Order was served upon the attorneys of record by electronic or U.S. mail on June 20, 2006.

                                                                 s/Marie E. Verlinde

                                                                Case Manager
                                                                (810) 984-3290